IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00924-WYD-CBS

KEVIN BIANCO,

    Plaintiff,

v.

VIKING GROUP, INC.;
GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF VIKING GROUP, INC.; and
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff Kevin Bianco's Motion to Dismiss Without Prejudice [doc. #4], filed June 2, 2009.  The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that Plaintiff Kevin Bianco's Motion to Dismiss Without Prejudice [doc. #4], filed June 2, 2009, is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 41(a)(1).

Dated:  June 3, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge